# In the United States Court of Federal Claims

No. 21-1388C

(Filed: July 15, 2021)

| | |
|---|---|
| ENGLOBAL GOVERNMENT SERVICES, INC., | ) ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| *Defendant,* | ) ) ) |
| and | ) ) |
| KBR SERVICES, LLC, | ) ) ) |
| *Defendant-Intervenor.* | ) ) |

## ORDER

On May 24, 2021, Plaintiff, ENGlobal Government Services, Inc., filed a post-award bid protest complaint against Defendant, the United States, acting by and through the United States Department of Defense, Defense Logistics Agency ("DLA"). ECF No. 1. On July 7, 2021, the government filed a notice, informing the Court that DLA intends to take corrective action. ECF No. 30. On July 8, 2021, the Court directed the government to file a status report informing the Court once DLA rescinded the original contract award, at which the time the Court would dismiss the instant case as moot. ECF No. 31. On July 12, 2021, the government provided the Court an amended notice of the corrective action. ECF No. 32. On July 15, 2021, the government filed a status report, informing the Court that DLA has issued an amendment to the solicitation, in which "DLA notified offerors that DLA is taking corrective action to evaluate price proposals in accordance with FAR 52.222-46 and Sections L and M of the solicitation and that, as part of its corrective action, DLA will make a new source selection decision." ECF No. 33. The government provided the amendment as an attachment to the status report. ECF No. 33-1.

Accordingly, this case is hereby **DISMISSED AS MOOT**, without prejudice to any future complaint, if filed, relevant to this procurement. The Clerk is directed to enter **JUDGMENT** accordingly.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Judge